UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                    :

In re                                                     :        Chapter 11

**BROADWAY REALTY I CO., LLC,**        :        Case No. 25-11050 (DSJ)

        Debtor.                         :

**Fed. Tax Id. No. 13-3975426**          :
-----------------------------------------------------------X
                                                                 :

In re                                                   :        Chapter 11

**193 STREET REALTY CO., LLC,**         :        Case No. 25-11051 (DSJ)

        Debtor.                         :

**Fed. Tax Id. No. 13-3975448**          :
-----------------------------------------------------------X
                                                                 :

In re                                                   :        Chapter 11

**2 WEST 120TH REALTY CO. LLC,**     :        Case No. 25-11052 (DSJ)

        Debtor.                         :

**Fed. Tax Id. No. 13-4108940**          :
-----------------------------------------------------------X
                                                                 :

In re                                                   :        Chapter 11

**25/35 HILLSIDE ASSOCIATES LLC,**  :        Case No. 25-11053 (DSJ)

        Debtor.                         :

**Fed. Tax Id. No. 48-1301398**          :
-----------------------------------------------------------X

```
-----------------------------------------------------------X
                                              :
In re                                         :    Chapter 11
                                              :
402-412 WEST 148 LLC,                         :    Case No. 25-11054 (DSJ)
                                              :
           Debtor.                            :
                                              :
Fed. Tax Id. No. 20-2051339                   :
-----------------------------------------------------------X
                                              :
In re                                         :    Chapter 11
                                              :
HILLSIDE REALTY I CO., LLC,                   :    Case No. 25-11055 (DSJ)
                                              :
           Debtor.                            :
                                              :
Fed. Tax Id. No. 13-3975445                   :
-----------------------------------------------------------X
                                              :
In re                                         :    Chapter 11
                                              :
509 REALTY CO. LLC,                           :    Case No. 25-11057 (DSJ)
                                              :
           Debtor.                            :
                                              :
Fed. Tax Id. No. 13-4131707                   :
-----------------------------------------------------------X
                                              :
In re                                         :    Chapter 11
                                              :
281/295 WADSWORTH ASSOCIATES, LLC,            :    Case No. 25-11059 (DSJ)
                                              :
           Debtor.                            :
                                              :
Fed. Tax Id. No. 48-1301213                   :
-----------------------------------------------------------X
                                              :
In re                                         :    Chapter 11
                                              :
241 SHERMAN LLC,                              :    Case No. 25-11060 (DSJ)
                                              :
           Debtor.                            :
                                              :
Fed. Tax Id. No. 20-2051365                   :
-----------------------------------------------------------X
```

---------------------------------------------------------------X
: 
In re : **Chapter 11**
:
**WEST 50TH STREET REALTY CO., LLC,** : **Case No. 25-11062 (DSJ)**
:
**Debtor.** :
:
Fed. Tax Id. No. 13-3992393 :
---------------------------------------------------------------X
:
In re : **Chapter 11**
:
**58 ELIZABETH NY LLC,** : **Case No. 25-11064 (DSJ)**
:
**Debtor.** :
:
Fed. Tax Id. No. 81-1462303 :
---------------------------------------------------------------X
:
In re : **Chapter 11**
:
**207 REALTY LLC,** : **Case No. 25-11067 (DSJ)**
:
**Debtor.** :
:
Fed. Tax Id. No. 47-0913215 :
---------------------------------------------------------------X
:
In re : **Chapter 11**
:
**34 SEAMAN ASSOCIATES, LLC,** : **Case No. 25-11075 (DSJ)**
:
**Debtor.** :
:
Fed. Tax Id. No. 48-1301388 :
---------------------------------------------------------------X
:
In re : **Chapter 11**
:
**233 REALTY NY LLC,** : **Case No. 25-11082 (DSJ)**
:
**Debtor.** :
:
Fed. Tax Id. No. 20-3480325 :
---------------------------------------------------------------X

------------------------------------------------------------X
:
**In re**                                             :     **Chapter 11**
                                                      :
**AUDOBON REALTY LLC,**                               :     **Case No. 25-11090 (DSJ)**
                                                      :
                 **Debtor.**                          :
                                                      :
**Fed. Tax Id. No. 47-0913212**                       :
------------------------------------------------------------X
:
**In re**                                             :     **Chapter 11**
                                                      :
**536 REALTY CO. LLC,**                               :     **Case No. 25-11098 (DSJ)**
                                                      :
                 **Debtor.**                          :
                                                      :
**Fed. Tax Id. No. 06-1696395**                       :
------------------------------------------------------------X
:
**In re**                                             :     **Chapter 11**
                                                      :
**237 REALTY NY LLC,**                                :     **Case No. 25-11105 (DSJ)**
                                                      :
                 **Debtor.**                          :
                                                      :
**Fed. Tax Id. No. 20-3480317**                       :
------------------------------------------------------------X
:
**In re**                                             :     **Chapter 11**
                                                      :
**MANHATTAN REALTY CO. LLC,**                         :     **Case No. 25-11112 (DSJ)**
                                                      :
                 **Debtor.**                          :
                                                      :
**Fed. Tax Id. No. 13-4054024**                       :
------------------------------------------------------------X
:
**In re**                                             :     **Chapter 11**
                                                      :
**349 REALTY NY LLC,**                                :     **Case No. 25-11115 (DSJ)**
                                                      :
                 **Debtor.**                          :
                                                      :
**Fed. Tax Id. No. 20-3480320**                       :
------------------------------------------------------------X

```
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
1023 REALTY LLC,                                         :   Case No. 25-11120 (DSJ)
                                                         :
                Debtor.                                  :
                                                         :
Fed. Tax Id. No. 20-3955232                              :
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
1038 REALTY LLC,                                         :   Case No. 25-11123 (DSJ)
                                                         :
                Debtor.                                  :
                                                         :
Fed. Tax Id. No. 20-3955278                              :
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
1042 REALTY LLC,                                         :   Case No. 25-11125 (DSJ)
                                                         :
                Debtor.                                  :
                                                         :
Fed. Tax Id. No. 20-3955303                              :
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
1048 REALTY LLC,                                         :   Case No. 25-11128 (DSJ)
                                                         :
                Debtor.                                  :
                                                         :
Fed. Tax Id. No. 20-3955339                              :
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
1060 REALTY LLC,                                         :   Case No. 25-11130 (DSJ)
                                                         :
                Debtor.                                  :
                                                         :
Fed. Tax Id. No. 20-3955364                              :
---------------------------------------------------------X
```

| | | |
|---|---|---|
| ---------------------------------------------------------------X | | |
| **In re** | : | **Chapter 11** |
| **115 EAST 21 REALTY CO., LLC,** | : | **Case No. 25-11131 (DSJ)** |
| **Debtor.** | : | |
| Fed. Tax Id. No. 13-4010876 | : | |
| ---------------------------------------------------------------X | | |
| **In re** | : | **Chapter 11** |
| **1171 PRESIDENT LLC,** | : | **Case No. 25-11056 (DSJ)** |
| **Debtor.** | : | |
| Fed. Tax Id. No. 26-2762262 | : | |
| ---------------------------------------------------------------X | | |
| **In re** | : | **Chapter 11** |
| **1280 REALTY NY LLC,** | : | **Case No. 25-11058 (DSJ)** |
| **Debtor.** | : | |
| Fed. Tax Id. No. 20-3955387 | : | |
| ---------------------------------------------------------------X | | |
| **In re** | : | **Chapter 11** |
| **1296 REALTY LLC,** | : | **Case No. 25-11063 (DSJ)** |
| **Debtor.** | : | |
| Fed. Tax Id. No. 20-3955409 | : | |
| ---------------------------------------------------------------X | | |
| **In re** | : | **Chapter 11** |
| **1362 OCEAN LLC,** | : | **Case No. 25-11068 (DSJ)** |
| **Debtor.** | : | |
| Fed. Tax Id. No. 26-2754750 | : | |
| ---------------------------------------------------------------X | | |

---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**147 REALTY CO., LLC,** : **Case No. 25-11074 (DSJ)**
:
                **Debtor.** :
:
**Fed. Tax Id. No. 13-3897868** :
---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**1535 OCEAN LLC,** : **Case No. 25-11080 (DSJ)**
:
                **Debtor.** :
:
**Fed. Tax Id. No. 26-2754778** :
---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**1554 OCEAN LLC,** : **Case No. 25-11085 (DSJ)**
:
                **Debtor.** :
:
**Fed. Tax Id. No. 26-2754812** :
---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**1597 REALTY LLC,** : **Case No. 25-11091 (DSJ)**
:
                **Debtor.** :
:
**Fed. Tax Id. No. 20-3955440** :
---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**1601 REALTY LLC,** : **Case No. 25-11097 (DSJ)**
:
                **Debtor.** :
:
**Fed. Tax Id. No. 20-3955460** :
---------------------------------------------------------------X

```
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
1617 REALTY LLC,                              :   Case No. 25-11103 (DSJ)
                                              :
             Debtor.                          :
                                              :
Fed. Tax Id. No. 20-2478842                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
17 REALTY LLC,                                :   Case No. 25-11107 (DSJ)
                                              :
             Debtor.                          :
                                              :
Fed. Tax Id. No. 20-2481475                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
176 CLARKSON AVE LLC,                         :   Case No. 25-11110 (DSJ)
                                              :
             Debtor.                          :
                                              :
Fed. Tax Id. No. 26-2795241                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
18 STREET REALTY CO., LLC,                    :   Case No. 25-11065 (DSJ)
                                              :
             Debtor.                          :
                                              :
Fed. Tax Id. No. 13-3975450                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
1820 REALTY LLC,                              :   Case No. 25-11072 (DSJ)
                                              :
             Debtor.                          :
                                              :
Fed. Tax Id. No. 20-3955554                   :
------------------------------------------------------------X
```

|  |  |  |
|---|---|---|
| ---------------------------------------------------------------X |  |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **2102 REALTY LLC,** | : | **Case No. 25-11076 (DSJ)** |
|  | : |  |
|        **Debtor.** | : |  |
|  | : |  |
| **Fed. Tax Id. No. 20-3955618** | : |  |
| ---------------------------------------------------------------X |  |  |
|  | : |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **222 LENOX RD LLC,** | : | **Case No. 25-11081 (DSJ)** |
|  | : |  |
|        **Debtor.** | : |  |
|  | : |  |
| **Fed. Tax Id. No. 26-2762414** | : |  |
| ---------------------------------------------------------------X |  |  |
|  | : |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **225 PARKSIDE LLC,** | : | **Case No. 25-11087 (DSJ)** |
|  | : |  |
|        **Debtor.** | : |  |
|  | : |  |
| **Fed. Tax Id. No. 26-2762397** | : |  |
| ---------------------------------------------------------------X |  |  |
|  | : |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **2340 VALENTINE AVENUE REALTY CO., LLC,** | : | **Case No. 25-11093 (DSJ)** |
|  | : |  |
|        **Debtor.** | : |  |
|  | : |  |
| **Fed. Tax Id. No. 13-3992388** | : |  |
| ---------------------------------------------------------------X |  |  |

```
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
2400 REALTY NY LLC,                                         :   Case No. 25-11100 (DSJ)
                                                            :
                Debtor.                                     :
                                                            :
Fed. Tax Id. No. 20-4435517                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
2513 NEWKIRK LLC,                                           :   Case No. 25-11106 (DSJ)
                                                            :
                Debtor.                                     :
                                                            :
Fed. Tax Id. No. 20-2481457                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
28-30 ARGYLE LLC,                                           :   Case No. 25-11111 (DSJ)
                                                            :
                Debtor.                                     :
                                                            :
Fed. Tax Id. No. 26-2754225                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
292 ST. JOHNS LLC,                                          :   Case No. 25-11117 (DSJ)
                                                            :
                Debtor.                                     :
                                                            :
Fed. Tax Id. No. 26-2756469                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
30 ROAD REALTY CO., LLC,                                    :   Case No. 25-11118 (DSJ)
                                                            :
                Debtor.                                     :
                                                            :
Fed. Tax Id. No. 13-3975389                                 :
------------------------------------------------------------X
```

|  |  |  |
|---|---|---|
| ------------------------------------------------------------X : | | |
| In re : | Chapter 11 | |
| : | | |
| **307 12 ST LLC,** : | Case No. 25-11122 (DSJ) | |
| : | | |
| Debtor. : | | |
| : | | |
| Fed. Tax Id. No. 26-2754263 : | | |
| ------------------------------------------------------------X : | | |
| In re : | Chapter 11 | |
| : | | |
| **330 REALTY NY LLC,** : | Case No. 25-11066 (DSJ) | |
| : | | |
| Debtor. : | | |
| : | | |
| Fed. Tax Id. No. 20-3955722 : | | |
| ------------------------------------------------------------X : | | |
| In re : | Chapter 11 | |
| : | | |
| **3301 FARRAGUT LLC,** : | Case No. 25-11071 (DSJ) | |
| : | | |
| Debtor. : | | |
| : | | |
| Fed. Tax Id. No. 26-2756315 : | | |
| ------------------------------------------------------------X : | | |
| In re : | Chapter 11 | |
| : | | |
| **34 AVENUE REALTY CO., LLC,** : | Case No. 25-11077 (DSJ) | |
| : | | |
| Debtor. : | | |
| : | | |
| Fed. Tax Id. No. 13-3975422 : | | |
| ------------------------------------------------------------X : | | |
| In re : | Chapter 11 | |
| : | | |
| **3410 KINGSBRIDGE LLC,** : | Case No. 25-11083 (DSJ) | |
| : | | |
| Debtor. : | | |
| : | | |
| Fed. Tax Id. No. 26-2762162 : | | |
| ------------------------------------------------------------X | | |

```
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
40-15 HAMPTON LLC,                                     :    Case No. 25-11089 (DSJ)
                                                       :
              Debtor.                                  :
                                                       :
Fed. Tax Id. No. 47-0926201                            :
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
405 REALTY LLC,                                        :    Case No. 25-11095 (DSJ)
                                                       :
              Debtor.                                  :
                                                       :
Fed. Tax Id. No. 20-3955801                            :
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
426 EAST 22 ST LLC,                                    :    Case No. 25-11099 (DSJ)
                                                       :
              Debtor.                                  :
                                                       :
Fed. Tax Id. No. 26-2762378                            :
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
43-60 BAYCHESTER, LLC,                                 :    Case No. 25-11104 (DSJ)
                                                       :
              Debtor.                                  :
                                                       :
Fed. Tax Id. No. 46-2542369                            :
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
45-35 REALTY LLC,                                      :    Case No. 25-11108 (DSJ)
                                                       :
              Debtor.                                  :
                                                       :
Fed. Tax Id. No. 47-0926224                            :
-------------------------------------------------------X
```

```
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
457 SCHENECTADY LLC,                                       :     Case No. 25-11113 (DSJ)
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-2762195                                :
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
470 REALTY NY LLC,                                         :     Case No. 25-11116 (DSJ)
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 20-3956944                                :
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
481 EASTERN LLC,                                           :     Case No. 25-11121 (DSJ)
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-2756891                                :
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
529 EAST 22 LLC,                                           :     Case No. 25-11126 (DSJ)
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-2754918                                :
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
607 RUGBY LLC,                                             :     Case No. 25-11061] (DSJ)
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-2754335                                :
-----------------------------------------------------------X
```

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **63-94 AUSTIN REALTY, LLC,** | : | **Case No. 25-11069 (DSJ)** |
| Debtor. | : | |
| Fed. Tax Id. No. 13-3992395 | : | |

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **681 OCEAN LLC,** | : | **Case No. 25-11079 (DSJ)** |
| Debtor. | : | |
| Fed. Tax Id. No. 26-2754714 | : | |

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **706 REALTY NY LLC,** | : | **Case No. 25-11086 (DSJ)** |
| Debtor. | : | |
| Fed. Tax Id. No. 20-4003843 | : | |

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **85 CLARKSON LLC,** | : | **Case No. 25-11094 (DSJ)** |
| Debtor. | : | |
| Fed. Tax Id. No. 26-2754656 | : | |

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **85-05 35 AVENUE REALTY CO., LLC,** | : | **Case No. 25-11102 (DSJ)** |
| Debtor. | : | |
| Fed. Tax Id. No. 13-3975423 | : | |

```
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11
                                                     :
915 REALTY LLC,                                      :    Case No. 25-11109 (DSJ)
                                                     :
               Debtor.                               :
                                                     :
Fed. Tax Id. No. 20-3959374                          :
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11
                                                     :
916 CARROLL ST LLC,                                  :    Case No. 25-11114 (DSJ)
                                                     :
               Debtor.                               :
                                                     :
Fed. Tax Id. No. 26-2762462                          :
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11
                                                     :
932 CARROLL LLC,                                     :    Case No. 25-11119 (DSJ)
                                                     :
               Debtor.                               :
                                                     :
Fed. Tax Id. No. 20-2051378                          :
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11
                                                     :
94-06 34TH AVENUE REALTY CO., LLC,                   :    Case No. 25-11124 (DSJ)
                                                     :
               Debtor.                               :
                                                     :
Fed. Tax Id. No. 13-3992390                          :
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11
                                                     :
94-06 34TH ROAD REALTY CO., LLC,                     :    Case No. 25-11127 (DSJ)
                                                     :
               Debtor.                               :
                                                     :
Fed. Tax Id. No. 13-3992389                          :
-----------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
990 REALTY NY LLC,                                          :   Case No. 25-11129 (DSJ)
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 20-3959607                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
991 CARROLL ST LLC,                                         :   Case No. 25-11070 (DSJ)
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 26-2762298                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
CLINTON PROPERTY CO., LLC,                                  :   Case No. 25-11073 (DSJ)
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 13-3908353                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
FIELDSTONE NY LLC,                                          :   Case No. 25-11078 (DSJ)
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 20-2571797                                 :
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
FOREST PARKWAY REALTY CO., LLC,                             :      Case No. 25-11084 (DSJ)
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 13-3975390                                 :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
HEATH REALTY LLC,                             :   Case No. 25-11088 (DSJ)
                                              :
            Debtor.                           :
                                              :
Fed. Tax Id. No. 20-2571613                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
KINGSTON PLACE REALTY CO., LLC,               :   Case No. 25-11092 (DSJ)
                                              :
            Debtor.                           :
                                              :
Fed. Tax Id. No. 13-3992386                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
PARK LANE SOUTH REALTY CO., LLC,              :   Case No. 25-11096 (DSJ)
                                              :
            Debtor.                           :
                                              :
Fed. Tax Id. No. 13-3975391                   :
------------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
TREGER MANAGEMENT LLC,                        :   Case No. 25-11101 (DSJ)
                                              :
            Debtor.                           :
                                              :
Fed. Tax Id. No. 13-4095386                   :
------------------------------------------------------------X
```

# ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)
# DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**"),[1] of Broadway Realty I Co., LLC and its debtor affiliates, as debtor and debtor in possession (the "**Debtors**") in the above-captioned chapter 11 cases, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the relief requested in the Motion having been provided to the Notice Parties, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted to the extent set forth herein.

2. The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

4. The caption of the jointly administered cases shall read substantially similar to the following:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**BROADWAY REALTY I CO., LLC**, *et al.*, : **Case No. 25-11050 (DSJ)**
:
Debtors[1]. : **(Jointly Administered)**
:
-------------------------------------------------------------X

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number is 5426. A complete list of the Debtors in these Chapter 11 cases is attached hereto as <u>Annex 1</u>. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, NY 10017.

5. A notation substantially similar to the following language shall be entered on the docket maintained by the Clerk of the Court to reflect the joint administration of the Debtors' chapter 11 cases:

> An order has been entered in accordance with Bankruptcy Rule 1015(b) directing the procedural consolidation and joint administration of the chapter 11 cases of Broadway Realty I Co., LLC and its affiliated debtors. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, the docket of Broadway Realty I Co., LLC, Case No. 25-11050 (DSJ) and such docket should be consulted for all matters affecting this chapter 11 case. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, NY 10017.

6. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

2

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
      May 22, 2025

                                        *s/ David S. Jones*
                                   HONORABLE DAVID S. JONES
                                   UNITED STATES BANKRUPTCY JUDGE